1  JOHN C. RAWLS (BAR NO. 106567)
   SARAH SILBERT (BAR NO. 198594)
2  BRANDON C. FERNALD (BAR NO. 222429)
   **FULBRIGHT & JAWORSKI L.L.P.**
3  555 South Flower Street, 41st Floor
   Los Angeles, California  90071
4  Telephone:  (213) 892-9200
   Facsimile:  (213) 892-9494
5
   MARK N. MUTTERPERL
6  **FULBRIGHT & JAWORSKI L.L.P.**
   666 Fifth Avenue
7  New York, New York  10103
   Telephone:  (212) 318-3000
8  Facsimile:  (212) 318-3400

9  Attorneys for Defendant and Counterclaimant
   JUPITERMEDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUPITER HOSTING, INC., a Delaware corporation,<br><br>              Plaintiff and Counterclaim-Defendant,<br><br>     v.<br><br>JUPITERMEDIA CORPORATION, a Delaware corporation,<br><br>              Defendant and Counterclaimant. | Civil Action No.  C 04 1820 CW<br><br>**STIPULATED MOTION FOR CONTINUANCE OF EXPERT DISCOVERY DEADLINES AND [PROPOSED] ORDER** |

The parties jointly request that the Court extend the expert discovery deadlines. The request is made so that the parties may timely complete their discovery during the summer vacation season. The requested extension will have no foreseeable effect on the final pretrial conference and trial dates.

Trial in this matter is presently set for January 23, 2006. The Final Pretrial Conference is set for January 13, 2006. The parties, through counsel, jointly move for an Order continuing the following expert discovery deadlines—without impacting the trial or final pretrial conference dates—as indicated below:

| **Current Deadline** | **Proposed Modification** |
|---|---|
| Expert Witness Exchange Deadlines: | |
| Initial – June 10, 2005 | Initial – June 29, 2005 |
| Rebuttal – July 11, 2005 | Rebuttal – July 22, 2005 |
| Expert Discovery Cut-Off – August 11, 2005 | Expert Discovery Cut-Off – September 9, 2005 |

Due to previously planned vacations on the part of both respective counsel and the experts involved in this case, the parties require additional time to complete their expert discovery. Additionally, Jupitermedia requires more time than initially expected to gather and tabulate its survey data. As a result, the parties jointly request an extension of the expert discovery deadlines.

None of the requested changes need affect the scheduled trial date. The parties have not previously requested an extension of the pre-trial deadlines in this case.

30939673.1

- 2 -

DOCUMENT PREPARED
ON RECYCLED PAPER

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: June 6, 2005 | JOHN C. RAWLS |
| 3 | | SARAH SILBERT |
| | | **FULBRIGHT & JAWORSKI L.L.P.** |

By _____/s/_____
  John C. Rawls
  Sarah Silbert
Attorneys for Defendant and Counterclaimant
Jupitermedia Corporation

DATED: June ___, 2005        GREGORY ALAN RUTCHIK
                             **IDELL BERMAN SEITEL & RUTCHIK LLP**

By
   Gregory Alan Rutchik
Attorneys for Plaintiff and Counter-defendant
Jupiter Hosting, Inc.

DATED: June ___, 2005

JOHN C. RAWLS
SARAH SILBERT
**FULBRIGHT & JAWORSKI L.L.P.**

By _____
   John C. Rawls
   Sarah Silbert
Attorneys for Defendant and Counterclaimant
Jupitermedia Corporation

DATED: June 6, 2005

GREGORY ALAN RUTCHIK
**IDELL BERMAN SEITEL & RUTCHIK LLP**

By _____
   Gregory Alan Rutchik
Attorneys for Plaintiff and Counter-defendant
Jupiter Hosting, Inc.

30939673.1

- 3 -

# **ORDER**

Based on the foregoing stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the expert discovery deadlines be continued as follows:

| **Current Deadline** | **New Deadline** |
|---|---|
| Expert Witness Exchange Deadlines: Initial – June 10, 2005 Rebuttal – July 11, 2005 Expert Discovery Cut-Off – August 11, 2005 | Initial – June 29, 2005 Rebuttal – July 22, 2005 Expert Discovery Cut-Off – September 9, 2005 |

IT IS SO ORDERED:

DATED: June  8 , 2005

/s/ CLAUDIA WILKEN
_____
UNITED STATES DISTRICT JUDGE

# **PROOF OF SERVICE**

STATE OF CALIFORNIA         )
                            )
COUNTY OF LOS ANGELES       )

    I, Brandon C. Fernald, am employed in the City and County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 555 South Flower Street, 41st Floor, Los Angeles, California  90071.

    On June 6, 2005, I caused to be served the following:

    **1.**    **STIPULATED MOTION FOR CONTINUANCE OF EXPERT DISCOVERY DEADLINES AND [PROPOSED] ORDER;**

    ☒    (BY E-MAIL) By transmitting by electronic mail, pursuant to order of the Court to following e-mail address: gregory@rutchik.com

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on June 6, 2005, at Los Angeles, California.

                            /S/
                          Brandon C. Fernald