IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUPITER HOSTING, INC.,<br><br>    Plaintiff(s),<br><br>vs.<br><br>JUPITERMEDIA CORP.,<br><br>    Defendant(s). | No. C 04-1820 CW (MEJ)<br><br>**ORDER RE: JOINT MEET AND CONFER STATEMENT** |

    The Court is in receipt of the parties' Joint Meet and Confer Statement, filed June 7, 2005. The parties letter fails to comply with Judge James' Discovery Standing Order, as well as Civil Local Rule 79-5. Accordingly, the Court shall not consider the parties' letter. Rather, the parties shall re-draft a joint letter that complies with Paragraph 4 of Judge James' Discovery Standing Order. The parties are reminded that they may file more than one letter and need not discuss all outstanding disputes in one five-page letter. Further, if the parties wish the Court to place any documents under seal, they shall comply with the requirements of Civil Local Rule 79-5.

    Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

    **IT IS SO ORDERED.**

Dated: June 10, 2005

                                                /s/ Maria-Elena James
                                              MARIA-ELENA JAMES
                                              United States Magistrate Judge

United States District Court
For the Northern District of California