IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUPITER HOSTING, INC., | No. C 04-1820 CW (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE: CONFIDENTIALITY DESIGNATION OF JUPITERMEDIA'S 30(b)(6) DEPOSITION TRANSCRIPT** |
| JUPITERMEDIA CORP., | |
| Defendant(s). | |

The Court is in receipt of the parties' Joint Meet and Confer Statement Re: Confidentiality Designation of Jupitermedia's 30(b)(6) Deposition Transcript, filed June 28, 2005. In the letter, Jupiter Hosting argues that no portion of the Jupitermedia 30(b)(6) deposition should be labeled "HIGHLY CONFIDENTIAL" and filed under seal. Jupiter Hosting argues that all the information in the designated pages is in Jupitermedia's publicly filed documents and there is nothing sensitive in them. To address this issue, the Court requires further information. Accordingly, the Court hereby ORDERS Jupiter Hosting to submit the designated pages of the transcript for *in camera* review by July 6, 2005. In connection with this submission, Jupiter Hosting shall also submit (not file) a letter brief that details how the information in each portion of the designated pages can be found in Jupitermedia's public filings. Jupiter Hosting shall attach the public filings and provide specific references in its letter. Jupiter Hosting shall serve its letter on Jupitermedia by July 6 and Jupitermedia shall submit (not file) any response to the Court by July 12.

**IT IS SO ORDERED.**

Dated: June 29, 2005                  /s/ Maria-Elena James
MARIA-ELENA JAMES
United States Magistrate Judge