IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUPITER HOSTING, INC.,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>JUPITERMEDIA CORP.,<br><br>　　　　Defendant(s).<br>_____/ | No. C 04-1820 CW (MEJ)<br><br>**ORDER FOR DEFENDANT TO PRODUCE DAMAGES DOCUMENTATION AND TRADEMARK LICENSE AGREEMENTS WITH THIRD PARTIES** |

　　　　The Court is in receipt of the parties' Joint Meet and Confer Statement, filed June 28, 2005. In the letter, plaintiff Jupiter Hosting ("Plaintiff") seeks to compel defendant Jupitermedia Corporation ("Defendant") to: (1) produce all documents that compute or evidence its damage claims, and (2) produce all license agreements for any Jupitermedia trademark that Defendant or its predecessors have entered into with a third party, and all other communications in response to Jupiter Hosting's Request for Documents No. 13. Upon review of the parties' letter, the Court hereby ORDERS as follows:

1) 　Defendant shall produce all documentary computations and evidence of its damages claims within 21 days from the date of this Order. If it is Defendant's position that no such documents exist, Defendant shall serve a declaration on Plaintiff so attesting. However, if Defendant states that no such documents exist, it may not later use any such documentation in support of its case; and

2) 　"communications," as defined by Plaintiff in its document production request, include licensing

agreements.  Accordingly, within 30 days from the date of this Order, Defendant shall produce all licensing agreements with third parties related to the use of its JUPITER marks.  Said production shall not be limited to active agreements, as discussed in the parties' letter.  Defendant shall also produce all other responsive documents within 30 days.

**IT IS SO ORDERED.**

Dated: July 7, 2005

MARIA-ELENA JAMES
United States Magistrate Judge