IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUPITER HOSTING, INC., | No. C 04-1820 CW (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE: JOSEPH LACKEY DEPOSITION** |
| JUPITERMEDIA CORP., | |
| Defendant(s). | |

    The Court is in receipt of the parties' Joint Meet and Confer Statement, filed June 28, 2005. In the letter, defendant Jupitermedia Corporation ("Defendant") seeks to compel plaintiff Jupiter Hosting ("Plaintiff") to provide accurate contact information for Joseph Lackey, Plaintiff's co-founder and 50% shareholder, so that he can be subpoenaed and deposed. Defendant argues that Plaintiff failed to meet its obligation to update information provided in its initial disclosures. In response, Plaintiff argues that Defendant brings this issue to the Court well after the last day to file a motion to compel and, therefore, it should be dismissed. Plaintiff further argues that Mr. Lackey is not a party to this litigation and must be brought to deposition through proper procedure.

    Upon review of the parties' letter, the Court finds that it need not consider Defendant's request because it did not bring the dispute to the Court's attention until after the discovery motion deadline of May 20, 2005. However, while Defendant's failure to abide by the Court's procedural rules would permit the denial of Defendant's request on procedural grounds, the Court finds it appropriate for the case to proceed on the merits and shall consider the request. Accordingly, the Court hereby ORDERS as follows:

1)    Within seven days from the date of this Order, Plaintiff shall provide updated contact information

for Mr. Lackey. If Plaintiff is unable to provide this information, it shall serve on Defendant a declaration attesting that it does not have the current contact information for Joseph Lackey, its co-founder and 50% shareholder;

2) Mr. Lackey is not a party to this litigation and Plaintiff is not responsible for producing him (*See* Fed. R. Civ. P. 30(a), 45); and

3) within seven days from receipt of Plaintiff's response to this Order, Defendant may subpoena Mr. Lackey to obtain his testimony and/or documents, and any deposition must take place within 30 days from the date of this Order. However, if Defendant fails to subpoena Mr. Lackey within seven days from the date Plaintiff serves its response, it may not later subpoena Mr. Lackey.

**IT IS SO ORDERED.**

Dated: July 7, 2005

MARIA ELENA JAMES
United States Magistrate Judge

2