IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUPITER HOSTING, INC.,<br><br>    Plaintiff(s),<br><br>vs.<br><br>JUPITERMEDIA CORP.,<br><br>    Defendant(s). | No. C 04-1820 CW (MEJ)<br><br>**ORDER DENYING JUPITERMEDIA'S REQUEST FOR PRODUCTION OF THIRD PARTY DOCUMENTS** |

The Court is in receipt of the parties' Joint Meet and Confer Statement, filed June 28, 2005. In the letter, defendant Jupitermedia Corporation ("Defendant") seeks to compel plaintiff Jupiter Hosting ("Plaintiff") to provide copies of third party documents that Plaintiff gathered as a result of subpoenas it issued to said third parties. The Court is unaware of any legal authority that requires Plaintiff to provide such copies and hereby DENIES Defendant's request. However, should Defendant provide the Court with legal authority that requires Plaintiff to comply with its request, this Order shall be vacated and the Court shall reconsider the request. Accordingly, Defendant may file further briefing within three days of the date of this Order as to this specific issue, but only if it provides legal authority for the request. Plaintiff shall then have three days to file any response to Defendant's submitted authority.

**IT IS SO ORDERED.**

Dated: July 11, 2005

                                                    MARIA-ELENA JAMES<br>
                                                  United States Magistrate Judge