1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   JUPITER HOSTING, INC.,                          No. C 04-1820 CW (MEJ)
10              Plaintiff(s),
11     vs.                                          **ORDER DENYING JUPITERMEDIA'S
                                                    REQUEST TO COMPEL FURTHER
                                                    DISCOVERY RESPONSES**
12  JUPITERMEDIA CORP.,
13              Defendant(s).
                                              /
14
15          The Court is in receipt of the parties' Joint Meet and Confer Statement, filed June 28, 2005.  In the
16  letter, defendant Jupitermedia Corporation ("Defendant") seeks to compel plaintiff Jupiter Hosting
17  ("Plaintiff") to provide further responses to its Second Set of Requests for Production of Documents and
18  First Set of Interrogatories.  Defendant argues that Plaintiff responded with baseless objections, and that its
19  requests seek relevant information pertaining to Plaintiff's revenues, profits, losses, and related financial
20  information.
21          In response, Plaintiff argues that Defendant brings this issue to the Court well after the last day to
22  file a motion to compel and, therefore, it should be dismissed.  Plaintiff further argues that Defendant's
23  requests are overbroad, vague and ambiguous, and it cannot respond to unintelligible requests.  To the
24  extent that it was able to respond, Plaintiff argues that it provided complete responses for what it has in its
25  possession.
26          Upon review of the parties' letter, the Court finds that it need not consider Defendant's request
27  because it did not bring the dispute to the Court's attention until after the discovery motion deadline of May
28  20, 2005.  However, while Defendant's failure to abide by the Court's procedural rules would permit the

United States District Court

For the Northern District of California

1   denial of Defendant's request on procedural grounds, the Court finds it appropriate for the case to proceed

2   on the merits and shall consider the request.  Accordingly, the Court hereby ORDERS as follows:

3   1)    Plaintiff provided sufficient responses to Defendant's interrogatories and need not provide further

4         responses; and

5   2)    to the extent Plaintiff did not provide responses to Defendant's requests for production, the Court

6         finds the requests overly broad, vague and ambiguous.  Accordingly, Plaintiff need not provide

7         further responses.

8         **IT IS SO ORDERED.**

9

10  Dated: July 11, 2005

    _____
    MARIA ELENA JAMES
11  United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            2