IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUPITER HOSTING, INC., | No. C 04-1820 CW (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE: DEPOSITION DESIGNATION** |
| JUPITERMEDIA CORP., | |
| Defendant(s). | |

The Court is in receipt of the parties' *in camera* supplemental briefing regarding Jupitermedia's designation of its 30(b)(6) deposition transcript. Jupiter Hosting organized its briefing according to the individual designated portions of the transcript and provided a table outlining why each designated portion should be de-designated. Jupitermedia responded by providing general arguments with examples from the transcript. As Jupiter Hosting identifies fourteen portions in its briefing, the Court finds it appropriate that Jupitermedia respond as to each identified portion. Accordingly, the Court hereby ORDERS Jupitermedia to provide further briefing *in camera* by July 18, 2005. In its briefing, Jupitermedia shall state how its general arguments apply to each of the fourteen designated portions.

**IT IS SO ORDERED.**

Dated: July 12, 2005

MARIA-ELENA JAMES
United States Magistrate Judge