JOHN C. RAWLS (BAR NO. 106567)
SARAH SILBERT (BAR NO. 198594)
BRANDON C. FERNALD (BAR NO. 222429)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
E-Mail: bfernald@fulbright.com

MARK N. MUTTERPERL
**FULBRIGHT & JAWORSKI L.L.P.**
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

Attorneys for Defendant and Counterclaimant
JUPITERMEDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUPITER HOSTING, INC., a Delaware corporation,<br><br>   Plaintiff and Counterclaim-Defendant,<br><br>  v.<br><br>JUPITERMEDIA CORPORATION, a Delaware corporation,<br><br>   Defendant and Counterclaimant. | Civil Action No. C 04 1820 CW<br><br>**STIPULATED MOTION FOR CONTINUANCE OF PENDING DISCOVERY DEADLINES AND [PROPOSED] ORDER** |

The Parties jointly request that the Court extend the deadlines listed below for a period of two weeks. The Parties have reached a tentative settlement of this case and are in the process of finalizing terms. As a result of the pending settlement, and in order to avoid the further expenditure of costs and fees as well as the Court's time prior to settling this case, the Parties request that the Court extend the pending deadlines as follows:

| **Current Deadline** | **Proposed Modification** |
| --- | --- |
| Jupiter Hosting's Deadline to Produce Joseph Lackey Contact Information or Declaration – <br> July 14, 2005 | Jupiter Hosting's Deadline to Produce Joseph Lackey Contact Information or Declaration – <br> July 28, 2005 |
| Jupitermedia's Deadline To Supplement Letter Brief Re Confidentiality Designations – <br> July 18, 2005 | Jupitermedia's Deadline To Supplement Letter Brief Re Confidentiality Designations – <br> August 1, 2005 |
| Jupitermedia's Deadline to Depose Joseph Lackey – <br> August 5, 2005 | Jupitermedia's Deadline to Depose Joseph Lackey – <br> August 19, 2005 |
| Jupitermedia's Deadline to Produce License Agreements and Damage Documents – <br> July 28, 2005 | Jupitermedia's Deadline to Produce License Agreements and Damage Documents – <br> August 11, 2005 |

None of the requested changes need affect the scheduled trial date.

DOCUMENT PREPARED ON RECYCLED PAPER

| | | |
|---|---|---|
| DATED: July 13, 2005 | | JOHN C. RAWLS<br>SARAH SILBERT<br>BRANDON C. FERNALD<br>**FULBRIGHT & JAWORSKI L.L.P.** |

By _____/s/_____
   Brandon C. Fernald
Attorneys for Defendant and Counterclaimant
Jupitermedia Corporation

DATED: July 13, 2005          GREGORY ALAN RUTCHIK
                                            **IDELL BERMAN SEITEL & RUTCHIK LLP**

By _____/s/_____
   Gregory Alan Rutchik
Attorneys for Plaintiff and Counter-defendant
Jupiter Hosting, Inc.

# ORDER

Based on the foregoing stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the expert discovery deadlines be continued as follows:

| **Current Deadline** | **Proposed Modification** |
| --- | --- |
| Jupiter Hosting's Deadline to Produce Joseph Lackey Contact Information or Declaration – <br><br> July 14, 2005 | Jupiter Hosting's Deadline to Produce Joseph Lackey Contact Information or Declaration – <br><br> July 28, 2005 |
| Jupitermedia's Deadline To Supplement Letter Brief Re Confidentiality Designations – <br><br> July 18, 2005 | Jupitermedia's Deadline To Supplement Letter Brief Re Confidentiality Designations – <br><br> August 1, 2005 |
| Jupitermedia's Deadline to Depose Joseph Lackey – <br><br> August 5, 2005 | Jupitermedia's Deadline to Depose Joseph Lackey – <br><br> August 19, 2005 |
| Jupitermedia's Deadline to Produce License Agreements and Damage Documents – <br><br> July 28, 2005 | Jupitermedia's Deadline to Produce License Agreements and Damage Documents – <br><br> August 11, 2005 |

IT IS SO ORDERED:

DATED: July  14 , 2005



_____
UNITED STATES MAGISTRATE JUDGE

30962449.1

– 4 –

DOCUMENT PREPARED ON RECYCLED PAPER