JOHN C. RAWLS (BAR NO. 106567)
SARAH SILBERT (BAR NO. 198594)
BRANDON C. FERNALD (BAR NO. 222429)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
E-Mail: bfernald@fulbright.com

MARK N. MUTTERPERL
**FULBRIGHT & JAWORSKI L.L.P.**
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

Attorneys for Defendant and Counterclaimant
JUPITERMEDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUPITER HOSTING, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>JUPITERMEDIA CORPORATION, a Delaware corporation,<br><br>Defendant and Counterclaimant. | Civil Action No. C 04 1820 CW<br><br>**STIPULATED MOTION FOR CONTINUANCE OF PENDING DEADLINES AND ~~[PROPOSED]~~ ORDER** |



DOCUMENT PREPARED ON RECYCLED PAPER

The Parties jointly request that the Court extend the deadlines listed below for a period of two weeks. The Parties have reached a tentative settlement of this case and are in the process of finalizing terms. As a result of the pending settlement, the Parties request that the Court extend the rebuttal expert designation deadline for a period of two weeks. The Parties further request that the Court extend the deadline by which the Parties must file objections pursuant to FRCP 72(a) to Magistrate Judge Maria Elena James' discovery orders entered July 7, 2005 for a period of two weeks. Jupitermedia Corporation is contemplating an objection to one of the orders which would need to be filed on July 18, 2005 in order to comply with FRCP 72(a).

In order to avoid the further expenditure of costs and fees as well as the Court's time prior to settling this case, the Parties request that the Court extend the pending deadlines as follows:

| **Current Deadline** | **Proposed Modification** |
|---|---|
| Rebuttal Expert Designation –<br>July 22, 2005<br>Objection Deadline –<br>July 18, 2005 | Rebuttal Expert Designation –<br>August 5, 2005<br>Objection Deadline –<br>August 1, 2005 |

None of the requested changes need affect the scheduled trial date.



DOCUMENT PREPARED ON RECYCLED PAPER

DATED: July 13, 2005

JOHN C. RAWLS
SARAH SILBERT
BRANDON C. FERNALD
**FULBRIGHT & JAWORSKI L.L.P.**

By /s/
Brandon C. Fernald
Attorneys for Defendant and Counterclaimant Jupitermedia Corporation

DATED: July 13, 2005

GREGORY ALAN RUTCHIK
**IDELL BERMAN SEITEL & RUTCHIK LLP**

By /s/
Gregory Alan Rutchik
Attorneys for Plaintiff and Counter-defendant Jupiter Hosting, Inc.

**ORDER**

Based on the foregoing stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the expert discovery deadlines be continued as follows:

| **Current Deadline** | **Proposed Modification** |
| --- | --- |
| Rebuttal Expert Designation – July 22, 2005 | Rebuttal Expert Designation – August 5, 2005 |
| Objection Deadline – July 18, 2005 | Objection Deadline – August 1, 2005 |

IT IS SO ORDERED:

DATED: July 18, 2005




UNITED STATES DISTRICT JUDGE



DOCUMENT PREPARED ON RECYCLED PAPER