UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUPITER HOSTING, INC., a Delaware Corporation | Case No: C 04-1820 CW |
| Plaintiff and Counterclaim-Defendant, | Stipulated Dismissal of Entire Action and [~~Proposed~~] Order Thereon |
| vs. | |
| JUPITERMEDIA CORPORATION, a Delaware corporation | |
| Defendant and Counterclaimant | |

    Pursuant to an agreement reached by the parties to this action, the parties, by their undersigned counsel of record, hereby jointly stipulate that this entire action shall be dismissed, with prejudice, subject to the approval of the Court.

    The parties to this action, by their undersigned counsel, hereby further jointly stipulate that this Court shall have continuing jurisdiction to enforce the terms of the agreement under

which the parties have resolved their dispute, and to hear any future disputes that may arise out of said agreement.

Each party to bear its own costs as to the action being dismissed.

IT IS SO STIPULATED.

IDELL, BERMAN SEITEL & RUTCHIK LLP

_____/Gregory Rutchik/_____    Dated: 7-29-05
Gregory Alan Rutchik, Attorneys for Jupiter Hosting, Inc.


FULBRIGHT & JAWORSKI LLP

\_\_s/Sarah Silbert_____    Dated: July 29, 2005
Sarah Silbert, Attorneys for Jupitermedia Corporation


IT IS SO ORDERED.


_____
U. S. District Judge

*IT IS SO ORDERED*
*Judge Claudia Wilken*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*